# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Debbie P. Thomas,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          3:09-cv-16

Michael J. Astrue,
Commissioner of Social Security

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 27, 2010 Order.

Signed: September 27, 2010

Frank G. Johns, Clerk
United States District Court